```
1  MICHAEL HOFFMAN, Bar No. 162496
   RONALD D. ARENA, Bar No. 218421
2  ARENA HOFFMAN, LLP
   44 Montgomery Street, Suite 3520
3  San Francisco, CA  94104
   Telephone:    415.433.1414
4  Facsimile:    415.520.0446
   Email:        mhoffman@arenahoffman.com
5                rarena@arenahoffman.com

6  Attorneys for Defendant AUTOZONE, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM JOHNSON,<br><br>              Plaintiff,<br><br>   v.<br><br>AUTOZONE, INC.,<br><br>              Defendant. | Case No. 2:11-CV-03395-GEB-EFB<br><br>**STIPULATION AND ORDER<br>TO MODIFY EXPERT DISCLOSURE DATE**<br><br>Hon. Garland E. Burrell, Jr. |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

   1.   Plaintiff served her expert witness report on November 29, 2012.  The Court ordered that the parties serve rebuttal expert witness report on or before December 28, 2012.

   2.   On September 21, 2012, Defendant served a notice to take the deposition of Plaintiff on October 29, 2012.  At Plaintiff's request, the deposition was postponed until November 29, 2012.  At Defendant's request, the deposition was postponed until December 5, 2012.  Plaintiff appeared and completed her deposition on December 5, 2012.

   3.   Defendant has not received the transcript of Plaintiff's deposition.  Defendant would like to provide the deposition transcript to its rebuttal expert for use in preparing a report.

1    4.    Based on the foregoing, the parties stipulate to an extension of the deadline to serve
2 rebuttal expert witness reports until January 11, 2013.  The discovery cutoff date is April 29, 2013,
3 and the parties do not anticipate that the aforementioned extension will affect the completion of all
4 discovery by April 29, 2013.

Dated:  December 18, 2012

          /S/  Michael Hoffman
MICHAEL HOFFMAN
RONALD D. ARENA
ARENA HOFFMAN LLP
Attorneys for Defendant AUTOZONE, INC.

Dated: December 18, 2012

          /S/  Lawrance A. Bohm
LAWRANCE A. BOHM, ESQ.
BOHM LAW GROUP
Attorney for Plaintiff KIM JOHNSON

**ORDER**

Pursuant to stipulation, the deadline to serve any rebuttal expert witness report is extended to January 13, 2013.

IT IS SO ORDERED.

**Date:  12/18/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4622
415.433.1414

**Stipulation and Order**                2.                Case no. 2:11-CV-10-03395-GEB-EFB