LAWRANCE A. BOHM, (SBN 208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorney for Plaintiff,
KIM JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:11−CV−003395−GEB−EFB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR RELIEF** |

The Court, having considered Plaintiff's *Ex Parte* Motion For Relief, hereby orders that the time to oppose Defendant's Motion for Summary Judgment be extended, such that Plaintiff's Opposition filed on June 4, 2013 is deemed timely.

**Date:  6/5/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -

[Proposed] Order Granting Plaintiff's *Ex Parte* Motion for Relief Pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(B)
JOHNSON v. AUTOZONE, INC
CASE NO. 2:11-CV-003395-GEB-EFB

Lawrance A. Bohm, Esq.
BOHM LAW GROUP